### Rogers, administratrix, v. Brand.

PER CURIAM. This case came before this court upon a writ of error; and the same being for decision by a full bench of six Justices, who are evenly divided in opinion, Chief Justice Fish, Presiding Justice Evans, and Justice Lumpkin being in favor of a reversal, and Justices Beck, Atkinson, and Holden being in favor of affirmance, it is considered and adjudged that the judgment of the court below stand affirmed by operation of law.

Argued June 23, 1909.—Decided January 14, 1910.

Rehearing denied February 24, 1910.

Equitable petition. Before Judge Worley. Gwinnett superior court. September 1, 1908.

*Alonzo Field,* for plaintiff in error. *F. C. Foster,* contra.